United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID FIOL, et al.,<br>   Plaintiffs,<br>  v.<br>VOLKSWAGEN GROUP OF AMERICA, INC.,<br>   Defendant. | Case No. 15-cv-4278-PJH<br><br>**ORDER STAYING CASES** |
| WARREN LAU, et al.,<br>   Plaintiffs,<br>  v.<br>VOLKSWAGEN GROUP OF AMERICA, INC.,<br>   Defendant. | Case No. 15-cv-4302-PJH |
| NICHOLAS BENIPAYO, et al.,<br>   Plaintiffs,<br>  v.<br>VOLKSWAGEN GROUP OF AMERICA, INC.,<br>   Defendant. | Case No. 15-cv-4314-PJH |

United States District Court
Northern District of California

| | | |
|---|---|---|
| 1 | BENJAMIN HALL, et al., | Case No. 15-cv-4340-PJH |
| 2 | Plaintiffs, | |
| 3 | v. | |
| 4 | VOLKSWAGEN GROUP OF AMERICA, INC., | |
| 5 | Defendant. | |
| 6 | | |
| 7 | | |
| 8 | SUSAN SHALIT, et al., | Case No. 15-cv-4354-PJH |
| 9 | Plaintiffs, | |
| 10 | v. | |
| 11 | VOLKSWAGEN GROUP OF AMERICA, INC., | |
| 12 | Defendant. | |
| 13 | | |
| 14 | | |
| 15 | MATTHEW MAYERSON, et al., | Case No. 15-cv-4390-PJH |
| 16 | Plaintiffs, | |
| 17 | v. | |
| 18 | VOLKSWAGEN GROUP OF AMERICA, INC., | |
| 19 | Defendant. | |
| 20 | | |
| 21 | | |
| 22 | TANYA GOODRICH, et al., | Case No. 15-cv-4397-PJH |
| 23 | Plaintiffs, | |
| 24 | v. | |
| 25 | VOLKSWAGEN GROUP OF AMERICA, INC., | |
| 26 | Defendant. | |
| 27 | | |
| 28 | | |

2

| | |
|---|---|
| ROBERT E. DRURY, et al.,<br><br>            Plaintiffs,<br><br>      v.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC.,<br><br>            Defendant. | Case No. 15-cv-4401-PJH |
| MATTHEW W. SMITH, et al.,<br><br>            Plaintiffs,<br><br>      v.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC.,<br><br>            Defendant. | Case No. 15-cv-4403-PJH |
| JOSEPHINE BLAKE, et al.,<br><br>            Plaintiffs,<br><br>      v.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC.,<br><br>            Defendant. | Case No. 15-cv-4425-PJH |
| JUSTIN HOWARD, et al.,<br><br>            Plaintiffs,<br><br>      v.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC.,<br><br>            Defendant. | Case No. 15-cv-4467-PJH |

3

| | |
|---|---|
| JESSICA SKYE, et al.,<br><br>             Plaintiffs,<br><br>        v.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC.,<br><br>             Defendant. | Case No. 15-cv-4482-PJH |
| ROMEO ALBA, et al.,<br><br>             Plaintiffs,<br><br>        v.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC.,<br><br>             Defendant. | Case No. 15-cv-4492-PJH |
| MARTHA SAFRA, et al.,<br><br>             Plaintiffs,<br><br>        v.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC.,<br><br>             Defendant. | Case No. 15-cv-4534-PJH |
| DANIEL MCGARRY, et al.,<br><br>             Plaintiffs,<br><br>        v.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC.,<br><br>             Defendant. | Case No. 15-cv-4541-PJH |

| | |
|---|---|
| JOSHUA M. ETS-HOLKIN, et al.,<br>      Plaintiffs,<br>    v.<br>VOLKSWAGEN AG,<br>      Defendant. | Case No. 15-cv-4582-PJH |
| NEAL SWARTZ, et al.,<br>      Plaintiffs,<br>    v.<br>VOLKSWAGEN GROUP OF AMERICA, INC.,<br>      Defendant. | Case No. 15-cv-4594-PJH |
| GEORGE FARQUAR, et al.,<br>      Plaintiffs,<br>    v.<br>VOLKSWAGEN GROUP OF AMERICA, INC.,<br>      Defendant. | Case No. 15-cv-4595-PJH |
| STEPHEN Y. FONG, et al.,<br>      Plaintiffs,<br>    v.<br>VOLKSWAGEN AG,<br>      Defendant. | Case No. 15-cv-4626-PJH |

| | |
|---|---|
| HOWARD CARO, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC.,<br><br>    Defendant. | Case No. 15-cv-4653-PJH |
| ALBERT KHEDR, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC.,<br><br>    Defendant. | Case No. 15-cv-4702-PJH |
| MOLLY K. WARNER, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC.,<br><br>    Defendant. | Case No. 15-cv-4791-PJH |
| CHARLA WELCH, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>VOLKSWAGEN AG,<br><br>    Defendant. | Case No. 15-cv-4818-PJH |

| | |
|---|---|
| JONATHAN JAFFE, et al.,<br>          Plaintiffs,<br>     v.<br>VOLKSWAGEN GROUP OF AMERICA, INC.,<br>          Defendant. | Case No. 15-cv-4978-PJH |
| BARBARA BOZMAN-MOSS, et al.,<br>          Plaintiffs,<br>     v.<br>VOLKSWAGEN GROUP OF AMERICA, INC.,<br>          Defendant. | Case No. 15-cv-5021-PJH |
| POLLY FIELDS, et al.,<br>          Plaintiffs,<br>     v.<br>VOLKSWAGEN GROUP OF AMERICA, INC.,<br>          Defendant. | Case No. 15-cv-5043-PJH |
| NEAL ADAMS, et al.,<br>          Plaintiffs,<br>     v.<br>VOLKSWAGEN GROUP OF AMERICA, INC.,<br>          Defendant. | Case No. 15-cv-5174-PJH |

7

1    The above related cases are the subject of a motion to consolidate and transfer pending before the Judicial Panel on Multidistrict Litigation ("JPML"), set for hearing on December 3, 2015.  Given the pendency of that motion, the court hereby orders all cases STAYED.  All pending deadlines are VACATED.  If the JPML denies the consolidation/transfer motion, the court will set a case management conference in all cases.

**IT IS SO ORDERED.**

Dated:  November 24, 2015

_____
PHYLLIS J. HAMILTON
United States District Judge